# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KOHATH KATAR LAMUMBA CARROLL, JR., | Case No. 2:18-cv-00556-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| ALEXANDER PEREZ, et al., | |
| Defendants. | |

On March 23, 2018, the court received the plaintiff's civil rights complaint filed under 42 U.S.C. § 1983. (Dkt. #1.) Plaintiff Kohath Katar Lamumba Carroll, Jr. did not file an application to proceed in forma pauperis and he did not pay the filing fee.

IT IS THEREFORE ORDERED that the plaintiff shall file an application to proceed in forma pauperis or pay the filing fee by June 29, 2018, or this action will be dismissed without prejudice.

IT IS FURTHER ORDERED that the plaintiff shall file a certificate of interested parties as required by Local Rule 7.1-1 by June 29, 2018.

DATED this 4th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE