UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KOHATH KATAR LAMUMBA CARROLL, JR.,<br><br>Plaintiff<br><br>v.<br><br>ALEXANDER PEREZ, et al.,<br><br>Defendants | Case No.: 2:18-cv-00556-APG-VCF<br><br>**Order Dismissing Case** |

I previously ordered plaintiff Kohath Katar Lamumba Carroll, Jr. to file an application to proceed in forma pauperis or pay the filing fee by June 29, 2018, or this action would be dismissed without prejudice. ECF No. 3. The plaintiff did not do so. Additionally, my order was returned in the mail. ECF No. 4. Under Local Rule IA 3-1, a pro se party must immediately advise the court of any change of address. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

IT IS THEREFORE ORDERED that the complaint is DISMISSED without prejudice.

DATED this 9th day of July, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE